**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 2, 2019.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-19-00231-CV**

**IN RE RONALD SCOTT CATT, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1123528**

## MEMORANDUM OPINION

On March 19, 2019, relator Ronald Scott Catt filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains of the February 26, 2019 order transferring venue to Fort Bend County signed by the Honorable William McLeod, presiding

judge of County Civil Court at Law No. 4 of Harris County, and requests that we compel Judge McLeod to transfer the case to Grimes County.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.[1]

PER CURIAM

Panel consists of Justices Frost and Justices Jewell and Bourliot.

---

[1] Relator also filed a motion to suspend Texas Rule of Appellate Procedure 9.3(b), which requires party to file the original and 11 copies of the original in the Texas Supreme Court and the Texas Court of Criminal Appeals if the document is not electronically filed. *See* Tex. R. App. P. 9.3(b). Because Rule 9.3(b) does not apply to the courts of appeals, we deny the motion.